IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRUCE WAYNE HOUSER | § | |
| VS. | § | CIVIL ACTION NO. 1:09cv527 |
| ANNIE M. WHITMIRE, ET AL. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Bruce Wayne Houser, an inmate at the Estelle Unit, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends plaintiff's motion for declaratory and injunctive relief (docket entry nos. 67, 68, 69, 72, 73, 74, 75, 76, 77, and 78) be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** that plaintiff's motions for declaratory and injunctive relief are **DENIED**.

**SIGNED** this the 8 day of **September, 2015.**

_____
Thad Heartfield
United States District Judge